UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FRANCESO FLORENTINO CONCORDIA DBA SONS AND DAUGHTERS OF ITALY LODGE 454,<br><br>　　Defendant. | CIVIL ACTION FILE NO.  2:20-cv-31 |

**PETITION TO APPOINT DAVE CINCIRIPINI AS UMPIRE
IN APPRAISAL PROCEEDING**

Plaintiff Selective Insurance Company of the Southeast (hereinafter "Selective") petitions this Court to appoint Dave Cinciripini as umpire in the appraisal proceeding against Defendant Francesco Florentino Concordia D/B/A Sons and Daughters of Italy Lodge 454 (hereinafter "Defendant" and/or "Sons and Daughters of Italy"). In support thereof, Selective states:

**PARTIES**

1.　Selective is, and at all relevant times has been, a corporation organized under the laws of the State of New Jersey with its principal place of business in New Jersey. Therefore, Selective is a citizen of the State of New Jersey.

2.　Sons and Daughters of Italy is, and at all relevant times has been, is a non-profit entity organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Pennsylvania. As such, Sons and Daughters of Italy is a citizen of the Commonwealth of Pennsylvania.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1) in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and Selective and Sons and Daughters of Italy are citizens of different states, so that complete diversity exists between the parties.

4. Venue is proper in the Western District of Pennsylvania pursuant to 28 U.S.C. § 1391(b)(2), because (1) a substantial part of the property that is the subject of the action is situated in Fayette County of the Western District in Pennsylvania; (2) a substantial part of the events giving rise to this action occurred within this district and division in Western District of Pennsylvania; and (3) Sons and Daughters of Italy is subject to personal jurisdiction within this district and division in the Western District of Pennsylvania at the time this action is commenced.

**FACTUAL BACKGROUND**

5. Selective issued property insurance policy number S2123338 (the "Policy") to the Sons and Daughters of Italy providing coverage for the property located at 515 Rogers Ave, Connellsville, Pennsylvania (hereinafter the "Property"), with effective dates of coverage from June 9, 2019 through June 9, 2020. The Policy is attached hereto as Exhibit A.

6. On or about July 16, 2019, Sons and Daughters of Italy notified Selective of damage following a fire at the Property.

7. Selective promptly began an investigation of the loss, assigning claim number 22010519 to same.

8. Selective identified damage to the Property. However, Selective and Sons and Daughters of Italy disagree on the amount of the loss at issue.

9. The Policy states as follows:

> **2. Appraisal**
>
> If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and mount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed by any two will be binding. Each party will:
>
> a. Pay its chosen appraiser; and
>
> b. Bear the other expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we will still retain our right to deny the claim.

(*See* Exhibit A, p. 53, Appraisal.")

10. On December 11, 2019, Selective formally invoked the Policy's appraisal provision and identified Steve Zeppelin as its appraiser.

11. Subsequently, on or about December 16, 2019, Sons and Daughters of Italy acknowledged Selective's invocation of the Policy's appraisal provision and named Michael Vestal as its competent and impartial appraiser.

12. Pursuant to the Policy's appraisal provision, Mr. Zeppelin and Mr. Vestal attempted to agree on the selection of a third umpire but were unable to do so.

13. Although the two appraisers had appeared to come to an agreement on an umpire in October 2020, the appraiser for Sons and Daughters of Italy informed Selective's appraiser that the umpire agreed upon had a conflict because he was a member of the Sons and Daughters of Italy.

14. On December 1, 2020, the appraiser for Sons and Daughters of Italy requested that Selective "petition the court to have an umpire appointed in this matter."

## **PETITION TO APPOINT UMPIRE**

15. As aforementioned, the Policy provides an appraisal process for the resolution of disputes relating to the "amount of the loss". (*Id.*)

16. Following invocation of the appraisal provision, the Policy requires each party to select a "competent and impartial appraiser" to measure the loss. (*Id.*)

17. Furthermore, the Policy requires that the parties' appraisers to select an umpire that is mutually agreeable. If the parties' appraisers are unable to come to said agreement, the Policy permits either Selective or Sons and Daughters of Italy to request that a "judge of a court having jurisdiction" select an umpire. (*Id.*)

18. As of the filing of this petition, the parties' appraisers have been unable to agree on an umpire as outlined in the Policy and have reached an impasse.

19. Selective respectfully requests that this Court select and appoint an umpire to work with the appraisers in completing the appraisal process for the loss.

20. Moreover, Selective respectfully requests that the Court appoint Dave Cinciripini as umpire. Mr. Cinciripini works as a Senior Estimator at BELFOR Property Restoration. Mr. Cinciripini has worked in that role for over nineteen (19) years and has extensive experience in assessing property damage and restoration of same. As such, Mr. Cinciripini would be a competent and knowledgeable umpire, if selected.

21. Upon appointment of an umpire by this Court, the two appraisers should work with the court-appointed umpire to complete the appraisal process as provided in the Policy and under applicable Pennsylvania law. The appraisal process should conclude this matter and the appointment of an umpire should preclude the need for further involvement of this Court.

## PRAYER FOR RELIEF

WHEREFORE, pursuant to the Policy and applicable Pennsylvania law, Selective respectfully requests that Sons and Daughters of Italy be served to appear and answer herein, that the Court set this matter for final hearing, and that, upon such hearing, the Court appoint Dave Cinciripini as umpire to work with the parties' appraisers in completing the appraisal of the loss.

Dated: January 7, 2021

Respectfully submitted,

**SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST**

By its attorneys,

**ZELLE LLP**

*/s/ Jonathan R. MacBride*
Jonathan R. MacBride (PA I.D. No. 77177)
1635 Market Street, Suite 1600
Philadelphia, PA 19103
Telephone: (484) 532-5341
Cell: (267) 257-6869
Email: jmacbride@zelle.com