IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| FRANCESO FLORENTINO CONCORDIA, | ) ) ) |
| Defendant. | ) ) |

2:21-CV-00031-CCW

## JUDGMENT ORDER

IT IS HEREBY ORDERED that final judgment is hereby entered under Federal Rule of Civil Procedure 58.

DATED this 3rd day of June, 2021.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge